# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 18-60413 |
| KASHAUNA GOREE SIMON<br>DEBTOR(S) | § § | CHAPTER 13 |

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now JPMorgan Chase Bank, National Association (hereinafter referred to as "Chase"), a secured creditor in the above-entitled and numbered case, filing this its Objection to Confirmation of Chapter 13 Plan, and in support hereof represents:

1. The above-styled Debtor(s) filed a voluntary petition under Chapter 13 of Title 11, United States Bankruptcy Code, on July 1, 2018.

2. Debtor(s) is indebted to Chase pursuant to a promissory note secured by a recorded instrument granting a security interest in the real property with the address of 529 Dunmore Drive, Tyler, Texas 75703 (the "Property").

3. The Property is the Debtor(s)' principal residence.

4. The total amount due and owing to Chase at the time of filing was approximately $300,833.01, with pre-petition arrearages of approximately $62,535.37 (the "Claim").

5. Debtor(s) Chapter 13 Plan (the "Plan") as proposed provides only $45,000.00 to satisfy the pre-petition arrearage portion of the Claim.

6. Chase objects to confirmation of the Plan because:

    a. it does not comply with Section 1322(b)(2) and is not feasible because it understates the amount of the Claim, including, but not limited to pre-petition arrears and the total debt due and owing as of the date of filing.

WHEREFORE, PREMISES CONSIDERED, Chase prays that this Court deny confirmation of the Plan proposed by the Debtor(s), and grant Chase such other and further relief at law and in equity as is just.

Respectfully submitted,
Bonial & Associates, P.C.

/s/LynAlise K. Tannery
Michael J. Burns / TBN 24054447
LynAlise K. Tannery / TBN 24083941
Shelly K. Terrill / TBN 00794788
Braden Barnes / TBN 24059423
Attorneys and Counselors
14841 Dallas Parkway, Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com
Attorney for JPMorgan Chase Bank, National Association

# CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 23rd day of July 2018:

Debtor's Attorney
Gordon Mosley
Attorney At Law
4411 OLD BULLARD RD STE 700
TYLER, TX 75703-1215

Debtor
Kashauna Goree Simon
7902 Deepwell Drive
San Antonio, TX 78254-1894

U.S. Trustee
110 North College Avenue, Suite 300
Tyler, Texas 75702

Chapter 13 Trustee
John Talton
Plaza Tower, 110 N. College Ave, 12 Floor
Tyler, Texas 75702

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207


18-60413             /s/LynAlise K. Tannery
                 Michael J. Burns
                 LynAlise K. Tannery
                 Shelly K. Terrill
                 Braden Barnes